UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                         No. 2:10-cv-01730-MCE-GGH

      Plaintiff,

  v.                                        **ORDER**

CJS VENTURES INC.,
individually and d/b/a
BROTHERS BAR & GRILL;
CLINTON J. SCHUE,

      Defendants.

----oo0oo----

This is an action brought by Plaintiff pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, et seq. as well as California Civil Code §§ 51 and 52. Plaintiff, who alleges he has quadriplegia and is confined to a wheelchair, claims he encountered various access and architectural barriers when attempting to visit the business operated by Defendants.

///

///

1

1   Presently before the Court is Plaintiff's Motion to Strike
2 the Answer filed on behalf of Defendant CJS Ventures, Inc. on or
3 about August 16, 2010 (ECF No. 6).  While that answer is in the
4 form of a letter to the Court from Defendant Clinton Schue
5 responding to Plaintiff's allegations, it was construed by the
6 Clerk of Court as an answer both on behalf of Schue and his
7 business, Defendant CJS Ventures, Inc.  Plaintiff now moves to
8 strike that answer with respect to CJS Ventures, Inc. on grounds
9 that a corporation like CJS can only make an appearance in
10 federal court through licensed counsel.  Plaintiff accordingly
11 argues that the answer on CJS' behalf must be stricken because
12 neither Defendant Schue nor CJS has filed any opposition to
13 Plaintiff's motion.
14   It is clear that Clinton Schue cannot represent the
15 corporation in pro se, as he purports to do in his August 16,
16 2010 response.  Defendant Schue's attempt in that regard violates
17 the clear provisions of Local Rule 183(a), which states
18 unequivocally that "[a] corporation or other entity may appear
19 only by an attorney."  E.D. Local Rule 183(a); see also
20 Rowland v. California Men's Colony, 506 U.S. 194, 201-202 (1993)
21 (artificial entities like corporations, partnerships and
22 associations may appear in federal court only through licensed
23 counsel).  Consequently, the document filed by Clinton Schue on
24 August 16, 2010 must be stricken insofar as it attempts to answer
25 on behalf of Defendant CJS Ventures, Inc. or to assert any claims
26 on the corporation's behalf.
27 ///
28 ///

2

Plaintiff's Motion to Strike the Answer Against Defendant CJS Ventures, Inc (ECF No. 23) is accordingly GRANTED.[1]  Said answer is hereby stricken to the extent it purports to respond to Plaintiff's complaint on behalf of Defendant CJS Ventures, Inc.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).