IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                          No. CIV S-10-1730 MCE GGH

    vs.

CJS VENTURES, INC., et al.,

    Defendants.                        ORDER

_____/

        Plaintiff's motion for default judgment against defendant CJS Ventures, Inc. presently is calendared for hearing on May 10, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The May 10, 2012 hearing on the motion for default judgment, filed March 19, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: April 27, 2012

                                 /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE

1