```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>     vs.<br><br>CJS Ventures, Inc., et al<br><br>         Defendants | Case No. **2:10-cv-01730-MCE-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF CLINTON J. SCHUE**<br><br>Case to Remain Open as to Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant Clinton J. Schue is hereby dismissed, without prejudice.  This case is to remain open, however, as to the remaining Defendant.

Dated:  May 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE